1459668



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: Bert Bard  Case No. 06-12774
Chapter 13

Debtor(s)  Judge: Randolph Baxter

TRANSMITTAL OF UNCLAIMED FUNDS

Craig Shopneck, Standing Chapter 13 Trustee, reports the following:

1. The above captioned case was Plan Completed. As a result, the Trustee has made a distribution to the following Debtor(s):

   Bert Bard  Check No. 1062119  $3941.60
   820 E. Hillsdale
   Seven Hills OH 44131

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to debtor's failure to negotiate the check.

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $3941.60 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: April 17 2008

Craig Shopneck (#0009552)
Chapter 13 Trustee
200 Public Square
BP Tower, Suite 3860
Cleveland, OH 44114
(216) 621-4268